```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A96-0183--CV (JKS)
                            "WILLIAM R. SOUTH V ROBERT C. BUNDY"

                     Including terminated parties, excluding terminated counsel
```

        Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
        Magistrate Judge:
          Referral Rule:
                  Filed: 05/15/96
                 Closed: 06/11/96

           Jurisdiction: (2) U.S. Defendant
          PLF Diversity:
          DEF Diversity:

          Nature of Suit: (890) Other Statutory Actions
                          28USC 1442, 1446
                 Origin: (2) Removed from State Court
                 Demand: RELIEF
             Filing fee: Waived
               Trial by:


Parties of Record:                                Counsel of Record:

PLF 1.1           SOUTH, WILLIAM R.                 William R. South
                                                    Pro Per
                                                    POB 100215
                                                    Anchorage, AK 99510
                                                    907-263-8186

DEF 1.1           BUNDY, ROBERT C.                  United States Attorney
                                                    222 W. 7th Avenue, #9
                                                    Anchorage, AK 99513
                                                    907-271-5071

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A96-0183--CV (JKS)
                            "WILLIAM R. SOUTH V ROBERT C. BUNDY"

                                       For all filing dates
```

  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 05/15/96
           Closed: 06/11/96

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions
                  28USC 1442, 1446
           Origin: (2) Removed from State Court
           Demand: RELIEF
       Filing fee: Waived
         Trial by:


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/15/96 | DEF 1 Notice of Removal from State Court 3AN-96-3548 Civil with att documents. |
| 2 - 1 | 05/15/96 | JKS Order subsequent to removal. cc cnsl |
| 3 - 1 | 05/15/96 | DEF 1 motion to dismiss complaint re: failure to state a claim upon which relief can be granted with att memo. |
| NOTE - 1 | 05/21/96 | Notation: summons issued as to US Atty R.Bundy |
| 4 - 1 | 05/21/96 | PLF 1 Response to Order of filing state court documents with att documents [documents located in br. folder near file] |
| 4 - 2 | 05/21/96 | PLF 1 Service List . |
| 5 - 1 | 05/28/96 | DEF 1 Service List |
| 6 - 1 | 05/28/96 | DEF 1 Notice of compliance of filing state court documents with attchd copies.[ exhbts located in br. folder near file] |
| 7 - 1 | 06/11/96 | JKS Order granting motion to dismiss complaint re: failure to state a claim upon which relief (3-1) ;clk to enter judgment dismissing this case with prejudice. cc cnsl [judgment forwarded to judge] |
| 8 - 1 | 06/11/96 | JKS Judgment is hereby entered dismissing this case with prejudice. cc cnsl O/J 9864 |
| 9 - 1 | 06/20/96 | PLF 1 motion for reconsideration |
| 10 - 1 | 06/20/96 | PLF 1 motion to move to open process |
| 11 - 1 | 06/20/96 | PLF 1 motion for writ of SJ for pltf |
| 12 - 1 | 06/26/96 | JKS Order denying motion for reconsideration (9-1), motion to move to open process (10-1); terminating in light of this order: motion for writ of SJ for pltf (11-1). cc cnsl |